## Case No. 1,305.

### BENJAMIN v. The WATCHMAN.

[21 Law Rep. 40.]

District Court, S. D. New York. 1858.

SALVAGE—PURCHASE BY SALVOR.

A party who has purchased the vessel while she was a wreck can in no case be regarded as a salvor, in the sense of the maritime law. Otherwise the court would be called upon to decree to him a share of the property saved as compensation, and then decree the surplus to him as owner. A libel brought in such case can only be to obtain, by the intervention of the court, a confirmation of the sale to him and of his title, and there is no authority in law for such a proceeding.

[Note. This case is nowhere more fully reported. The opinion, if one was written, is not now accessible.]